# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

---

May 5, 2022

<u>**VIA ECF**</u>

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Fleur Sohtz v. Noogata Technologies, Inc. and Assaf Egozi*
               <u>**Docket #: 22-CV-03608 (KPF)**</u>

Dear Judge Failla:

      Our office represents the Plaintiff Fleur Sohtz in the matter referenced above.

      My son Alexander Perry is currently clerking with you. While I am uncertain whether this presents a conflict for the Court, I wanted to immediately raise the issue. There has been no appearance from the defense counsel as the Complaint has not yet been served. In fact, the Summons was just issued moments ago.

                                                   Respectfully yours,

                                                     DAVIDA S. PERRY

DSP/arp