UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FLEUR SOHTZ,

                       *Plaintiff*,

   -against-

NOOGATA TECHNOLOGIES, INC.,
ASSAF EGOZI, Individually,

                       *Defendants.*
-----------------------------------------------------------------X

22-CV-3608-KPF

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                              ) ss:
COUNTY OF NEW YORK  )

    I, Victoria Borrero, being sworn, say: I am not a party to this action, am over 18 years of age, and reside at Queens, New York.

    On May 5, 2022, at approximately 1:00pm, I served the Summons and Complaint in this matter by delivering a true copy thereof to Noogata Technologies, Inc., and Assaf Egozi located at 488 Madison Avenue, Suite 1103 New York, NY 10022, by leaving it personally with the individual described below, who was of suitable age and discretion and was authorized to accept service of process on behalf of Defendants:

        Male, Caucasian
        Approximately 40 years of age
        Approximately 5'10" in height
        Blonde Hair
        Platinum Blonde Beard

                                                                       VICTORIA BORRERO

Sworn to before me this
9th day of May 2022

_____
NOTARY PUBLIC

DAVIDA S. PERRY
Notary Public, State of New York
Registration #02PE4987676
Qualified in New York County
Commission Expires Oct 21, 2025