# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                                               Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

May 23, 2022

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

Dear Judge Failla:

     We represent Defendants in the above-referenced matter. We write to respectfully request a brief extension of time, from May 25, 2022 until June 15, 2022 to respond to the Complaint filed in this action.  No prior request has been made for this relief.  Plaintiff's counsel has graciously agreed to the requested extension.  A proposed stipulation is submitted herewith.  We thank the Court for its time and attention to this matter.

Respectfully submitted,

  /s/

Vincent E. Bauer