UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FLEUR SOHTZ,

                              Plaintiff,

    -against-

22-cv-3608-KPF

STIPULATION

NOOGATA TECHNOLOGIES, INC. and
ASSAF EGOZI,

                              Defendants.
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Defendants' time to respond to the Complaint filed in this action is extended until June 15, 2022. In the event Defendants elect to move to dismiss the Complaint, a mutually agreeable briefing schedule will be arranged between the parties. Defendants waive any objections to service of process. This Stipulation may be executed in counterpart originals, and a faxed or electronically transmitted signature shall be considered an original for this Stipulation.

Dated:   May 23, 2022
           New York, New York

Law Offices of Vincent E. Bauer

By_____
Vincent Bauer
425 Madison Avenue, 17th floor
New York, NY 10017
212-575-1517
Attorneys for Defendants

Schwartz, Perry & Heller LLP

By_____
Davida Perry
3 Park Avenue, Suite 2700
New York, NY 10016
212-889-6565
Attorneys for Plaintiff

SO ORDERED:

_____