# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

December 12, 2022

<u>**VIA ECF**</u>

Honorable Jennifer Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Fleur Sohtz v. Noogata Technologies, Inc. and Assaf Egozi*
      <u>*Docket #: 22-CV-03608 (JLR)*</u>

Dear Judge Rochon:

  Our office represents the Plaintiff Fleur Sohtz in the matter referenced above. I submit this letter motion to respectfully request that the initial conference scheduled for December 15th at 10:30AM be conducted remotely. Counsel for defendant consents to my request. The reason for this request is because I am undergoing a medical procedure on Wednesday, and it will be difficult for me to appear in person.

  I thank the Court for its consideration of this request.

                  Respectfully yours,

                  DAVIDA S. PERRY

DSP/arp
cc: Vincent Bauer, Esq. - Via ECF