**SCHWARTZ PERRY & HELLER** LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

---

December 12, 2022

<u>VIA ECF</u>

Honorable Jennifer Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Fleur Sohtz v. Noogata Technologies, Inc. and Assaf Egozi*
          <u>Docket #: 22-CV-03608 (JLR)</u>

Dear Judge Rochon:

    Our office represents the Plaintiff Fleur Sohtz in the matter referenced above. I submit this letter motion to respectfully request that the initial conference scheduled for December 15th at 10:30AM be conducted remotely. Counsel for defendant consents to my request. The reason for this request is because I am undergoing a medical procedure on Wednesday, and it will be difficult for me to appear in person.

    I thank the Court for its consideration of this request.

                                        Respectfully yours,

                                        DAVIDA S. PERRY

DSP/arp
cc:    Vincent Bauer, Esq. - Via ECF

Request **GRANTED**. The Court will allow the December 15, 2022 initial pretrial conference to be conducted remotely. The parties shall file a letter at least 48 hours before the conference pursuant to the Court's Individual Rule 2.B. Counsel shall appear via Microsoft Teams with access information to be provided separately. The public listen-only line may be accessed by dialing the toll-free number 877-336-1831 with access code 5583342.

Dated:  December 12, 2022    SO ORDERED
           New York, New York

                                        JENNIFER L. ROCHON
                                        United States District Judge