# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

December 13, 2022

**VIA ECF**

Honorable Jennifer Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Fleur Sohtz v. Noogata Technologies, Inc. and Assaf Egozi*
               **Docket #: 22-CV-03608 (JLR)**

Dear Judge Rochon:

      Our office represents the Plaintiff Fleur Sohtz in the matter referenced above. I write jointly with counsel for Defendants in accordance with Section 2(B) of Your Honor's Individual Rules in advance of the remote conference scheduled for December 15, 2022.

      Counsel for Plaintiff and their phone numbers appearing at the conference will be:
           Davida S. Perry - 914-589-3547
           Brian Heller - 917-806-4861
      I will be speaking on behalf of Plaintiff.

      Counsel for Defendant and his phone number appearing at the conference will be:
           Vincent Bauer – 914-924-0591

Respectfully yours,

DAVIDA S. PERRY

DS/arp

cc:    Vincent Bauer, Esq. - Via ECF