# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                                                                 Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

February 2, 2023

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

Dear Judge Rochon:

     I represent Defendants in the above-referenced matter. I write to inform the Court that it has recently come to my attention that a conflict of interest has arisen between my clients, the Defendants in this action.  Therefore, I am compelled to move for leave to withdraw as counsel to Mr. Egozi.  Mr. Egozi has indicated that he can take no position at this time regarding my application.

     I request the court's approval of submission of my application to the Court and to Mr. Egozi only.  In that regard, description of the conflict of interest at issue requires the disclosure of confidential and attorney-client privileged communications.  Counsel to Plaintiff has indicated Plaintiff's objection to our request to submit the papers in this manner.

     Additionally, since the substitution of counsel will inevitably result in delay, we request an extension of the discovery deadlines set by the Court.  I thank the Court for its consideration of these requests.

Respectfully submitted,

  /s/

Vincent E. Bauer