# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

February 2, 2023

**VIA ECF**

Honorable Jennifer Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Fleur Sohtz v. Noogata Technologies, Inc. and Assaf Egozi*
       **Docket #: 22-CV-03608 (JLR)**

Dear Judge Rochon:

  We represent the Plaintiff and write in response to the letter of counsel for Defendants seeking to withdraw his representation of Assaf Egozi.

  Plaintiff cannot consent to defense counsel's vague request to be relieved only as to Mr. Egozi without further clarification. While Plaintiff does not seek to learn privileged information, she should be permitted to understand the general nature of what is happening that creates a conflict for defense counsel between Noogata and Mr. Ergozi, as such information may raise questions of the credibility of both Defendants.

  We thank the Court for its consideration of this request.

                      Respectfully yours,

                      DAVIDA S. PERRY

DSP/arp

cc: Vincent Bauer, Esq. - Via ECF