UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLEUR SOHTZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>NOOGATA TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | 1:22-cv-03608 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　The Court has received the letter motion at ECF No. 23, in which counsel for Defendants seeks to withdraw as counsel for Defendant Assaf Egozi, and Plaintiff's opposition at ECF No. 25. Local Civil Rule 1.4 requires that an attorney seeking to withdraw must state "whether or not the attorney is asserting a retaining or charging lien" and serve their application to withdraw upon the client and all other parties. Counsel for Defendants has not done so.

　　Accordingly, counsel for Defendants shall, by **February 10, 2023**, submit an affidavit or letter stating whether counsel is asserting a retaining or charging lien and file proof of service of their application on Defendant Noogata Technologies, Inc. and Defendant Assaf Egozi.

Dated: February 8, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge