UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLEUR SOHTZ,

                Plaintiff,

-against-

NOOGATA TECHNOLOGIES, INC., et al.,

                Defendants.

1:22-cv-03608 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On February 2, 2023, counsel for Defendants, Vincent Bauer ("Bauer"), filed a letter motion to withdraw as counsel for Defendant Assaf Egozi but did not file proof of service of that letter motion on his clients as is required by Local Civil Rule 1.4.  *See* ECF No. 23.  Thereafter, the Court ordered Bauer to file, by February 10, 2023, proof of service of the letter motion on his clients, Defendant Noogata Technologies, Inc. and Defendant Assaf Egozi.  *See* ECF No. 26.  Bauer still has not filed the required proof of service.

Accordingly, counsel for Defendants, Vincent Bauer, shall file proof of service of his letter motion at ECF No. 23 on Defendant Noogata Technologies, Inc. and Defendant Assaf Egozi, **no later than February 16, 2023**.

Dated: February 14, 2023
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge