# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                                                                              Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

February 14, 2023

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

Dear Judge Rochon:

      I represent Defendants in the above-referenced matter.  I write pursuant to the Court's February 2 Order regarding my motion to withdraw as counsel to Defendant Assaf Egozi.  On February 2, 2023, I served via email both Defendant Assaf Egozi, and Oren Raboy of Defendant Noogata Technologies Inc., with a copy of the February 2 application to withdraw from the representation of Mr. Egozi.  Both gentlemen acknowledged receipt of the motion papers.  I apologize for the oversight in not so informing the Court earlier.  I thank the Court for its consideration.

Respectfully submitted,

  /s/

Vincent E. Bauer