# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor            Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

February 21, 2023

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

Dear Judge Rochon:

I represent Defendant Noogata Technologies, Inc. in the above-referenced matter.  Per the Court's February 16 Order, I write to confirm that I emailed the Order to Mr. Egozi on February 16, and to Defendant Noogata Technologies on February 18.  Both parties acknowledged receipt.  Ms. Egozi's contact information is: 11 Uri Zvi Greenberg, apt 52, Tel Aviv, Israel
                             aegozi@gmail.com
                             +972542006606

Respectfully submitted,

   /s/

Vincent E. Bauer