# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                                                            Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

March 6, 2023

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

Dear Judge Rochon:

I represent Defendant Noogata Technologies, Inc. in the above-referenced matter. I write

pursuant to the Court's order directing Defendant Assaf Egozi to report to the Court concerning

his new counsel.

Mr. Egozi has informed me that he underwent back surgery just over a week ago, and has

been largely incapacitated since then.  He asked me to convey his request for additional time to

secure counsel.  My understanding is that he is requesting an additional two weeks from the

original March 9 deadline.  I thank the Court for its consideration of that request.

Respectfully submitted,

   /s/

Vincent E. Bauer