# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor　　　　　　　　　　　　　　　　　　Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

March 6, 2023

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

Dear Judge Rochon:

　　　I represent Defendant Noogata Technologies, Inc. in the above-referenced matter. I write pursuant to the Court's order directing Defendant Assaf Egozi to report to the Court concerning his new counsel.

　　　Mr. Egozi has informed me that he underwent back surgery just over a week ago, and has been largely incapacitated since then.  He asked me to convey his request for additional time to secure counsel.  My understanding is that he is requesting an additional two weeks from the original March 9 deadline.  I thank the Court for its consideration of that request.

Respectfully submitted,

　/s/

Vincent E. Bauer

Request **GRANTED**.  The deadline for Defendant Assaf Egozi to (1) retain new counsel and have such counsel file a notice of appearance in this action, or (2) submit a letter stating that Egozi intends to proceed *pro se*, is hereby extended to **March 23, 2023**.  It is further ordered that Vincent Bauer, former counsel for Egozi, shall serve this Order on Egozi and file proof of such service on the docket by **March 9, 2023**.

Dated:  March 7, 2023
　　　　New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**