# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                                        Tel: 212-575-1517
New York, NY 10017

VIA E-FILING

March 10, 2023

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

Dear Judge Rochon:

     I represent Defendant Noogata Technologies, Inc. in the above-referenced matter. I write pursuant to the Court's March 7 Order. On March 9, 2023, I served via email both Defendant Assaf Egozi, and Oren Raboy of Defendant Noogata Technologies Inc., with a copy of that Order.

Respectfully submitted,

  /s/

Vincent E. Bauer