## LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                                                          Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

March 23, 2023

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

Dear Judge Rochon:


Mr. Egozi asked me to report to the Court for him in response to your most recent Order. In that regard, Mr. Egozi has informed me that he and Noogata Technologies have reached an agreement in principle which would resolve any conflict between those two parties. Noogata Technologies provided Mr. Egozi with a draft of that agreement yesterday. Mr. Egozi's hope (and mine) is that I will resume representing him if that agreement resolves all conflicts between the parties.

Mr. Egozi has indicated that he will represent himself if I am unable to resume representing him, and requests an additional two weeks to report to the Court his plans regarding representation.


Respectfully submitted,

   /s/

Vincent E. Bauer