# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor  
New York, NY 10017

Tel: 212-575-1517

VIA E-FILING

March 23, 2023

The Honorable Jennifer L. Rochon  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re:  Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

> Request **GRANTED** in part and **DENIED** in part. The Court has already extended the instant deadline and does not intend to delay this case unduly. The deadline for Mr. Egozi to have counsel enter a notice of appearance or proceed *pro se*, as set forth in ECF No. 33, is extended to **April 3, 2023**. Vincent Bauer shall serve this Order on Mr. Egozi today, **March 27, 2023**.
>
> Dated:  March 27, 2023  
>          New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*  
> **JENNIFER L. ROCHON**  
> **United States District Judge**

Dear Judge Rochon:

Mr. Egozi asked me to report to the Court for him in response to your most recent Order. In that regard, Mr. Egozi has informed me that he and Noogata Technologies have reached an agreement in principle which would resolve any conflict between those two parties. Noogata Technologies provided Mr. Egozi with a draft of that agreement yesterday. Mr. Egozi's hope (and mine) is that I will resume representing him if that agreement resolves all conflicts between the parties.

Mr. Egozi has indicated that he will represent himself if I am unable to resume representing him, and requests an additional two weeks to report to the Court his plans regarding representation.

Respectfully submitted,

/s/

Vincent E. Bauer