# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor             Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

April 26, 2023

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

Dear Judge Rochon:

    I represent Defendants Noogata Technologies, Inc. and Assaf Egozi in the above-referenced matter. I write jointly with counsel for Plaintiff to request that the Court so order the accompanying confidentiality agreement in this matter. We thank your honor in advance for your consideration of this request, and apologize for not preparing a letter application in connection with the filing of the agreement previously.

Respectfully submitted,

  /s/

Vincent E. Bauer

> Request **DENIED**.  The parties' letter does not comply with the Court's Individual Rule 4(B)(iv), as expressly required by the Court's order issued yesterday, because it does not state whether the parties have adopted, without alteration, the Court's Model Protective Order.  This is not the first time counsel has filed papers that do not comply with Court and Local rules.  *See, e.g.*, ECF Nos. 23, 40, 42, 46; *see also* ECF No. 28.  The Court expects counsel to review and comply with all rules.
>
> The parties may renew their request for the Court to so-order their proposed protective order in compliance with the rules.
>
> Dated:  April 26, 2023         SO ORDERED.
>         New York, New York
>                                   *Jennifer Rochon*
>                               **JENNIFER L. ROCHON**
>                               **United States District Judge**