# LAW OFFICES OF VINCENT E. BAUER

425 Madison Avenue, 17th floor                                    Tel:  212-575-1517
New York, NY 10017

VIA E-FILING

April 27, 2023

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Sohtz v. Noogata Technologies, Inc. et ano, 22 cv 3608

Dear Judge Rochon:

I represent Defendants Noogata Technologies, Inc. and Assaf Egozi in the above-referenced matter. I write jointly with counsel for Plaintiff to request that the Court so order the confidentiality agreement submitted to the Court for its approval.  I am very sorry for my oversight, and will be much more careful carefully to comply with the Court's rules going forward.  The parties have adopted, without alteration, the Court's Model Protective Order.

Respectfully submitted,

　　/s/

Vincent E. Bauer