**SCHWARTZ PERRY HELLER** LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

---

July 31, 2023

<u>**VIA ECF**</u>

Honorable Jennifer Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** *Fleur Sohtz v. Noogata Technologies, Inc. and Assaf Egozi*
       <u>**Docket #: 22-CV-03608 (JLR)**</u>

Dear Judge Rochon:

  Our office represents the Plaintiff Fleur Sohtz in the matter referenced above. I write jointly with defense counsel in response to the Order of earlier today regarding the fact that a joint letter has not been filed following the close of fact discovery.

  The parties actually prepared a joint letter dated June 29, 2023 advising the Court that this matter had been resolved, a copy of which is attached. However, I see that the letter was not filed. I apologize for this oversight. The parties hereby restate that the matter has been resolved and respectfully request an additional 30 days to complete the settlement in the Order of Dismissal.

  We thank the Court for its consideration of this matter.

                Respectfully yours,

                BRIAN HELLER

cc:  Counsel for Defendants – via ECF

# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

---

June 29. 2023

<u>**VIA ECF**</u>

Honorable Jennifer Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *<u>Fleur Sohtz v. Noogata Technologies, Inc. and Assaf Egozi</u>*
       <u>Docket #: 22-CV-03608 (JLR)</u>

Dear Judge Rochon:

   Our office represents the Plaintiff Fleur Sohtz in the matter referenced above. The parties are pleased to report that a settlement has been achieved. Given the terms of the confidential settlement agreement, the parties respectfully request a 60-day Order of Dismissal.

               Respectfully yours,

               DAVIDA S. PERRY

DSP/arp
cc:  Counsel for Defendants – via ECF